```
                              United States Bankruptcy Court
                                   District of Arizona
In re:                                                            Case No. 19-01111-SHG
KYRSTIN OGLE                                                      Chapter 7
        Debtor                 CERTIFICATE OF NOTICE
District/off: 0970-4         User: admin                Page 1 of 1           Date Rcvd: May 20, 2019
                             Form ID: 318               Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
```
db         +KYRSTIN OGLE,    1328 W 8th St. Apr. B.,    Anderson, IN 46016-2675
15420575   +Annie Barton,    1607 Village Court Apt 2,    Mankato MN 56003-2615
15420576   +Atwood Property Management,    209 S 2nd St,    #200,    Mankato MN 56001-3639
15420577   +Briargate Apartments or,    Live Active Apartments,    200 Briargate Rd,    Mankato MN 56001-6971
15444096   +Fitness for $10-Mankato MN,    First Credit Services Inc,    P.O. Box 55,    3 Skills Ave,
             Piscataway, NJ 08855-7200
15420580    Gila Health Resources,    PO Box 218,    Morenci AZ 85540-0218
15420583   +Mayo Clinic Arizona,    P.O. Box 790125,    Saint Louis MO 63179-0125
15420587   +Tyla Kreuger,    39806 486th St,    Mankato MN 56003-4283
15420588   +Valerie,    Atwood Property Management,    PO Box 248,    Mankato MN 56002-0248
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         EDI: AZDEPREV.COM May 21 2019 06:23:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
15420578   +EDI: CAPITALONE.COM May 21 2019 06:23:00      Capital One,    Attn: General Correspondence,
             PO Box 30281,    Salt Lake City UT 84130-0281
15420579    EDI: RCSFNBMARIN.COM May 21 2019 06:23:00      Credit One Bank,    PO Box 98873,
             Las Vegas NV 89193-8873
15420581    E-mail/Text: bankruptcy@huntington.com May 21 2019 02:56:20      Huntington National Bank,
             PO Box 1558,    Dept EA4W25,    Columbus OH 43216-1558
15420582   +EDI: RESURGENT.COM May 21 2019 06:23:00      LVNV Fundung LLC,    C/O Resurgent Capital Services,
             PO Box 10497 MS 576,    Greenville SC 29603-0497
15420584    EDI: NAVIENTFKASMSERV.COM May 21 2019 06:23:00      Navient,
             Navient-US Dept of Edu Loan Servicing,    PO Box 9635,    Wilkes Barre PA 18773-9635
15420585    E-mail/Text: bankruptcy@tcfbank.com May 21 2019 02:55:13      TCF National Bank,
             2508 S Luise Ave,    Sioux Falls SD 57106
15420586   +E-mail/Text: media@trueaccord.com May 21 2019 02:58:01      True Accord,    303 2nd St,
             Ste 750 South,    San Francisco CA 94107-1366
15420589   +EDI: WFFC.COM May 21 2019 06:23:00      Wells Fargo,    464 California St,
             San Francisco CA 94104-1227
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
```
              DAVID B GRIFFITH    on behalf of Debtor KYRSTIN  OGLE davidlawaz@yahoo.com
              TRUDY A. NOWAK     trustee@tanowak.com,TAN@Trustesolutions.net,dkw@tanowak.com,amiller@bklaws.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **KYRSTIN OGLE** | Social Security number or ITIN **xxx–xx–4262** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Arizona** | | |
| Case number:   **4:19–bk–01111–SHG** | | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

KYRSTIN OGLE

5/20/19                                                        **By the court:**   Scott H. Gan
                                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2